IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BERNARD SHERO,** | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-1687** |
| | : | |
| **RUFUS SETH WILLIAMS, et al.,** | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 15th day of May, 2025, upon consideration of Plaintiff Bernard Shero's Motion to Proceed *In Forma Pauperis* and for Appointment of Counsel (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for failure to state a claim, pursuant to 28 U.S.C. § 1915 (e)(2)(B)(ii), for the reasons in the Court's Memorandum, as follows:

    a. Shero's untimely claims are **DISMISSED WITH PREJUDICE**; and

    b. Shero's remaining claims are **DISMISSED WITHOUT PREJUDICE**.

4. Leave to amend will not be granted, as the Court concludes that amendment would be futile.

5. Shero's request for appointment of counsel is **DENIED**.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

**MIA R. PEREZ, J.**